```
FILED
June 10, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                        )     Case No. 2:15-mj-00121-EFB
      Plaintiff,             )
v.                                          )
                                        )     ORDER FOR RELEASE OF
BRIAN ROBINSON,           )     PERSON IN CUSTODY
                                        )
      Defendant.         )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, BRIAN ROBINSON, Case No. 2:15-mj-00121-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $200,000.00

              _X_    Co-Signed Unsecured Appearance Bond ($50,000.00)

              _X_    Secured Appearance Bond ($150,000.00)

              _X_    (Other) Conditions as stated on the record.

              _X_    (Other) The Defendant was ordered to appear in the District of Nebraska on 6/24/2015 at 1:30 p.m. The Court further ordered the secured bond paperwork to be filed by 7/10/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/10/2015  at  3:08 p.m.

By  *[signature]*
Edmund F. Brennan
United States Magistrate Judge